KC FILED
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE JUDGE NOLAN |
| v. | ) | |
| GABRIEL SERRANO,<br>a/k/a "Jose Lopez,"<br>a/k/a "Buppy" | ) ) ) | 07CR 767<br>CASE NUMBER: 767 |

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before NAN R. NOLAN, a United States Magistrate Judge, and being duly sworn on oath, states: that at the EASTERN DISTRICT OF MISSOURI, one GABRIEL SERRANO, a/ka "Jose Lopez," a/k/a "Buppy", was charged in an indictment with conspiracy to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1) and 841(b)(1)(A)(i), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

X _____
Eric Robinson
Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
16th day of November, 2007.

_____
NAN R. NOLAN
United States Magistrate Judge

AUSA Bethany K. Biesenthal

Bond set [or recommended] by issuing Court at _____

SUPPRESSED

# United States District Court

### EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: |
| GABRIEL SERRANO, a/k/a "Jose Lopez," a/k/a "Buppy," | 4:07CR00635 DJS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GABRIEL SERRANO** and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Count I - conspiring to distribute and possess with the intent to distribute in excess of 1 kilogram of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(A)(i).

JAMES WOODWARD
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

Signature of Issuing Officer

October 25, 2007, St. Louis, Missouri
Date and Location

(By) Deputy Clerk

by _____
Name of Judicial Officer

Detention Recommended.

COPY

RETURN ON FILE WITH
U.S. MARSHAL, EASTERN MISSOURI

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |