Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 767 - 4 | **DATE** | 11/16/07 |
| **CASE TITLE** | USA vs. Gabriel Serrano | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Gabriel Serrano appears in response to arrest on 11/16/07. Defendant informed of his rights. Enter order appointing Sergio Fidel Rodriguez from the Federal Defender Program as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Gabriel Serrano is the person named in the arrest warrant. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Order defendant removed in custody to the Eastern District of Missouri, forthwith.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|