# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:
   USA
   v.                                              07CR767
   GABRIEL SERRANO                    07 CR 767

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GABRIEL SERRANO

**FILED**
11-16-07
NOV 16 2007

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) | |
| Sergio Fidel Rodriguez | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ [signature] | |
| **FIRM** | |
| Federal Defender Program | |
| **STREET ADDRESS** | |
| 55 E. Monroe Street, Suite 2800 | |
| **CITY/STATE/ZIP** | |
| Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| | 312/621-8300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [X]