# FILED

NOV 29 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>S. BOYD | B. Date of Delivery |
| | C. Signature<br>X  S. Boyd | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Eastern Distict of Missouri<br>3.300 Thomas F. Eagleton<br>United States Courthouse<br>111 South Tenth Street<br>St. Louis, MO 63102-1116 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | ☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7002 2410 0004 0686 3784 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |

07 CR 767